No. 990. FRIEDMAN *v.* SCHWELLENBACH, SECRETARY OF LABOR, ET AL. March 17, 1947. Petition for writ of certiorari to the United States Court of Appeals for the

District of Columbia denied. *Morton Stavis* and *Sidney V. Smith* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett, John F. Baecher* and *Paul A. Sweeney* for respondents. *Thurman Arnold, Abe Fortas* and *Milton V. Freeman* filed a brief for the United Public Workers of America, as *amicus curiae,* in support of the petition.